IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THEODORE BROWN,

    Petitioner,

vs.                              CASE NO. 5:11-cv-122/RS-EMT

PAIGE AUGUSTINE,

    Respondent.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 19) and Petitioners' objections (Doc. 20). I have considered the objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's motion to amend petition (Doc. 18) is **GRANTED**.

3. The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED and DISMISSED with prejudice**.

**ORDERED** on May 15, 2012.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**